UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ANGELA WAHAB, *on behalf of herself and all others* :
*similarly situated*, :
:
                    Plaintiff, :      24-CV-701 (JMF)
:
     -v- :      <u>ORDER</u>
:
CLINIQUE LABORATORIES, LLC, :
:
                    Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: February 5, 2024
       New York, New York
                                             JESSE M. FURMAN
                                             United States District Judge